DAVID M. MICHAEL, SBN 74031
The DeMartini Historical Landmark Building
294 Page Street
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile:  (415) 621-4173

**Attorney for Claimant**
**TERRENCE BOUDREAU**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$37,040 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____/<br>TERRENCE BOUDREAU,<br><br>    Claimant.<br>_____/. | No. C 05 3556 JL<br><br>**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)** |

    1. On 2 September 2005, the Court issued its Order Setting a Case Management Conference on 30 November 2005 at 10:30 a.m.. Both parties have subsequently consented to proceed before the Magistrate Judge in this matter.

    2. There exists a related state criminal prosecution of Claimant TERRENCE BOUDREAU in *People v. Boudreau*, Mendocino County Superior Court Case No. SCUK-CRCR-05-64322-03. In that case, there is a pending motion to suppress which will be heard by the state trial court on 14 December 2005. The issues to be decided in that hearing may be relevant to the proceedings in this case.

    3. The provisions of 18 U.S.C. § 981(g)(2), related to stays of civil forfeiture proceedings, provide that "[u]pon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that (A) the claimant is the subject of a related criminal

investigation or case; (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

4. Pursuant to the above representations, and the provisions of 18 U.S.C. § 981(g)(2), the parties hereby stipulate and agree to stay this civil forfeiture proceeding until the completion of the criminal proceedings in Mendocino County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

IT IS SO STIPULATED:

Dated: 10 November 2005

KEVIN V. RYAN
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States of America

Dated: 10 November 2005

DAVID M. MICHAEL
Attorney for Claimant
TERRENCE BOUDREAU

## ORDER

IT IS SO ORDERED on this  11/16/05  day of November, 2005, pursuant to the foregoing stipulation, that the this civil forfeiture proceeding be stayed until the completion of the criminal proceedings in Mendocino County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

HONORABLE JAMES LARSON
United States Magistrate Judge

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
CASE NO. C 05 3556 JL

2