KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>$37,040 IN UNITED STATES CURRENCY,<br>        Defendant.<br>_____<br>TERRENCE BOUDREAU,<br>        CLAIMANT.<br>_____ | No. 05-3556 JL<br><br>SETTLEMENT AGREEMENT AND ORDER OF DISMISSAL |

        The instant federal forfeiture case was stayed pending resolution of a related state court case. In that case, the Superior Court granted a motion to suppress evidence on the basis that the search of Claimant Boudreau's residence in which defendant $37,040 along with contraband was seized was unlawful. Accordingly, the United States and Claimant Terrence Boudreau, through their respective counsel agree, subject to the Court's approval, having fully discussed this matter, wish to settle the instant action on the following terms:

1.    The United States and Claimant Terrence Boudreau agree that the settlement of this case is not an adjudication of the merits of any issue or claim.

2.    Within 60 days from the entry of this Settlement Agreement and Order of Dismissal, the United States will return defendant $37,040 in United States Currency to Claimant Terrence Boudreau by issuing a check in the amount of defendant made out to Terrence Boudreau and David Michael and sending the check to David M. Michael, Law Offices of David M. Michael, 294 Page Street, San Francisco, California 94102.

3.    In return, Terrence Boudreau agrees to hold harmless the United States, its agencies, agents, and representatives for any and all claims, if any that he may have, arising out of the seizure of defendant in the instant case, including but not limited to any claim for attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: April 8, 2006

DAVID MICHAEL
Counsel for Claimant Terrence Boudreau

Dated: April 8, 2006

TERRENCE BOUDREAU
Claimant

KEVIN V. RYAN
United States Attorney

Dated: May 2, 2006

PATRICIA J. KENNEY
Assistant United States Attorney

PURSUANT TO THE FOREGOING STIPULATED SETTLEMENT AGREEMENT, IT IS BY THE COURT ORDERED THIS 3rd DAY OF MAY, 2006 THAT THE CASE BE AND HEREBY IS DISMISSED WITH PREJUDICE.

IT IS SO ORDERED
Judge James Larson

Stipulation and Order of Dismissal
No. 05-3556 JL                           2